# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 98-23978 | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | PALMIERI, DOMENIC G. AND PALMIERI, IRENE PATRICIA | | Date Filed (f) or Converted (c): | 01/27/2011 (f) |
| For the Period Ending: | 12/31/2015 | | §341(a) Meeting Date: | 06/15/1998 |
| | | | Claims Bar Date: | 08/11/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Home | $95,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 10620 NW 28th Street  Sunrise, FL 33322  Homestead Property  Not Amended Schedule ECF# 43  ECF #117 dated 3/6/13 Notice of Abandonment | | | | | |
| 2 | Barnett Bank Checking Account | $100.00 | $100.00 | | $0.00 | FA |
| Asset Notes: | Not Amended Schedule ECF# 43 | | | | | |
| 3 | Furniture | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not Amended Schedule ECF# 43 | | | | | |
| 4 | Clothes and shoes | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not Amended Schedule ECF# 43 | | | | | |
| 5 | Miscellaneous jewelry | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not Amended Schedule ECF# 43 | | | | | |
| 6 | 1995 Pontiac Grand Prix | $14,000.00 | $14,000.00 | OA | $0.00 | FA |
| Asset Notes: | ECF #57 dated 6/8/11 Notice of Abandonment  Not Amended Schedule ECF# 43 | | | | | |
| 7 | 1993 Mercury Cougar | $8,000.00 | $8,000.00 | OA | $0.00 | FA |
| Asset Notes: | ECF #57 dated 6/8/11 Notice of Abandonment  Not Amended Schedule ECF# 43 | | | | | |
| 8 | Settlement | $0.00 | $1.00 | | $0.00 | $2.00 |
| Asset Notes: | Philip Morris . Trial starts March 2012  01/10/13  While we were awaiting trial, the Debtor passed away. Tobacco counsel is now considering whether to amend the complaint to make the case a wrongful death action or to make it a survival  action (for pain and suffering while he was alive).  Case pending further review of status-gk | | | | | |

| | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $119,000.00 | $22,101.00 | | $0.00 | $2.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:  2

| Case No.: | 98-23978 | Trustee Name: | Kenneth A. Welt |
| Case Name: | PALMIERI, DOMENIC G. AND PALMIERI, IRENE PATRICIA | Date Filed (f) or Converted (c): | 01/27/2011 (f) |
| For the Period Ending: | 12/31/2015 | §341(a) Meeting Date: | 06/15/1998 |
| | | Claims Bar Date: | 08/11/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/29/2015 | Special counsel A. Trop coming up with a scheduling plan for hearings on wrongful death lawsuit, as per an all-cases hearing held in November, 2015. |
| 01/26/2015 | Still pending action on wrongful-death lawsuit. (LB) |
| | Case Reopened to administrate PL claim wiht Philip Morris |
| | 98 case reopened |
| | 05 case reopened Les Osborne |
| | Special counsel for both cases |
| | Emergency motion 12/9/11 court held  both banckruptcy cases able to jointly prosecute |
| | Case goes to trial March 2012 -gk |
| | Trial scheduled for September 2012 gk |
| | While we were awaiting trial, the Debtor passed away. |
| | 12/31/12- Tobacco counsel is now considering whether to amend the complaint to make the case a wrongful death action or to make it a survival action (for pain and suffering while he was alive). -gk |
| | 12/31/2013- Pending action for wrongful death-gk |
| | Case review 1st Quarter 2011 |
| | Case review 2nd Quarter 2011 |
| | Case review 3rd Quarter 2011 |
| | Case review 4th Quarter 2011 |
| | Case review 1st Quarter 2012 |
| | Case review 2nd Quarter 2012 |
| | Case review 3rd Quarter 2012 |
| | Case review 4th Quarter 2012 |
| | Case review 1st Quarter 2013 |
| | Case review 2nd Quarter 2013 |
| | Case review 3rd Quarter 2013 |
| | Case review 4th Quarter 2013 |

Initial Projected Date Of Final Report (TFR):   06/30/2012     Current Projected Date Of Final Report (TFR):   11/30/2016     /s/ KENNETH A. WELT
                                                                                                                              KENNETH A. WELT

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 98-23978 | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | PALMIERI, DOMENIC G. AND PALMIERI, IRENE PATRICIA | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***8271 | Checking Acct #: | ******8865 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 12/31/2015 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|  |  |  | **TOTALS:** |  | $0.00 | $0.00 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $0.00 | $0.00 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $0.00 | $0.00 |  |

| For the period of 01/01/2015 to 12/31/2015 |  | For the entire history of the account between 05/09/2011 to 12/31/2015 |  |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 98-23978 | **Trustee Name:** | Kenneth A. Welt |
| **Case Name:** | PALMIERI, DOMENIC G. AND PALMIERI, IRENE PATRICIA | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | **-***8271 | **Checking Acct #:** | ******8865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 01/01/2015 | **Blanket bond (per case limit):** | $129,177,000.00 |
| **For Period Ending:** | 12/31/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $0.00 | $0.00 | $0.00 |

**For the period of 01/01/2015 to 12/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/09/2011 to 12/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |